UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21101-DPG

**ENRIQUE ALVEAR**,

    Plaintiff,

vs.

**MAJOR FOOD GROUP LLC,**
**d/b/a CARBONE, a foreign limited**
**liability company**,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, ENRIQUE ALVEAR, through undersigned counsel, and Defendant, MAJOR FOOD GROUP LLC d/b/a CARBONE, hereby give notice that the parties have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, the parties respectfully request that the Court provide the parties thirty (30) days from the date of filing this Notice to allow the parties to finalize their settlement agreement and to submit the dismissal document to dismiss this case with prejudice.

Dated: June 10, 2024.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO** |
| Counsel for Plaintiff | **DURAN, P.A.** |
| 4800 North Hiatus Road | Co-Counsel for Plaintiff |
| Sunrise, FL 33351-7919 | 4640 N.W. 7th Street |
| T. 954/362-3800 | Miami, FL 33126-2309 |
| 954/362-3779 (Facsimile) | T. 305/266-9780 |
| Email: rhannah@rhannahlaw.com | 305/269-8311 (Facsimile) |
| | Email duranandassociates@gmail.com |
| By  *s/ Roderick V. Hannah* | By   *s/ Pelayo M. Duran* |
| RODERICK V. HANNAH | PELAYO M. DURAN |
| Fla. Bar No. 435384 | Fla. Bar No. 0146595 |

**COLE, SCOTT & KISSANE, P.A.**
Counsel for Defendant
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone: (561) 383-9229
Facsimile: (561) 683-8977
Email(s): justin.sorel@csklegal.com

By   */s/ Justin C. Sorel*
      Justin C. Sorel, Esq.
      Fla. Bar No. 0016256