UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21101-DPG

**ENRIQUE ALVEAR**,

    Plaintiff,

vs.

**MAJOR FOOD GROUP LLC,**
**d/b/a CARBONE, a foreign limited liability**
**company**,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL *WITH PREJUDICE*

Plaintiff ENRIQUE ALVEAR and Defendant MAJOR FOOD GROUP LLC d/b/a CARBONE, having settled this case by resolving the claims brought by Plaintiff, hereby stipulate to dismissal of the above-styled action *with prejudice,* with each party to bear his and its own costs and attorneys' fees.

Dated: June 18, 2024.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**COLE, SCOTT & KISSANE, P.A.**
Attorney for Defendant
222 Lakeview Avenue, Suite 120
West Palm Beach, FL  33401
(561) 383-9229
Justin.sorel@csklegal.com

By  */s/ Justin C. Sorel*
        JUSTIN C. SOREL, ESQ.
        Fla. Bar No. 0016256